UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:26-mj-00330-MJD |
| | ) | |
| MARK ADWAR ODISHO | ) | |

## MEMORANDUM AND ORDER

Defendant Mark Adwar Odisho came before the Court for an initial appearance on October 29, 2026, in accordance with Rule 5 of the Federal Rules of Criminal Procedure on a Criminal Complaint ("Complaint") supported by an Affidavit [Doc. 1] in the above matter (the "Hearing"). Present at the Hearing were United States Attorney Jonathan Wilson, Defendant, and Attorney Christopher Meadows with Federal Defender Services of Eastern Tennessee ("FDSET").

Defendant was placed under oath and informed of his constitutional rights. The Court determined that Defendant wished to be represented by an attorney and qualified for appointed counsel. The Court therefore appointed FDSET Attorney Christopher Meadows to represent Defendant.

The Court determined that Defendant had been provided with and reviewed with counsel a copy of the Complaint and Affidavit. The Court determined that Defendant was able to understand the Complaint with the assistance of his counsel. In addition, AUSA Wilson explained to Defendant the specific charges contained in the Complaint. Defendant acknowledged that he understood the charges in the Complaint.

The Government did not seek detention. The Court ordered Defendant released on bond under the conditions set forth in the Release Order [*see* Doc. 7 (the "Release Order")]. The Government announced its intent to present this matter to the grand jury for an indictment in the near future. Accordingly, the Court tentatively set this matter for either an initial appearance on the forthcoming indictment or a preliminary hearing on the Complaint on November 19, 2026, at 2:00 p.m.

Accordingly, the Court **ORDERS** that:

(1) An initial appearance on an indictment or a preliminary hearing will tentatively be set on **November 19, 2026, at 2:00 p.m.**; and

(2) Defendant shall be **RELEASED ON BOND ON CONDITIONS** pursuant to the Release Order.

SO ORDERED.

ENTER:

s/ ________________________________
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE